```
               UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 04461
   OTIS M WILSON JR
                                                 CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR

      Debtor
   SSN XXX-XX-3830


---------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/27/08 and confirmed on 04/25/08.

   2.  The case was converted to Chapter 7 after confirmation, 11/03/2008.

   3.  The Debtor paid a total of $   7720.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL AUTO | SECURED VEHIC | 33494.40 | 1470.11 | 1676.25 |
| MICHELLE HIGGINS | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ADVANCED ORTHOPEDIC SPOR | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCE ASSET MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |
| AMERICOLLECT | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CASHNET USA | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF WAUKEGAN | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION BUREAU OF AME | UNSECURED | NOT FILED | .00 | .00 |
| FALLS COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GENESIS FINANCIAL SOLUTI | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ACCESS DIABETIC SUPPLY | UNSECURED | NOT FILED | .00 | .00 |
| NATIONS RECOVERY CENTER | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NORTH SHORE SANITARY DIS | UNSECURED | NOT FILED | .00 | .00 |
| OMNI CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSAL FIDELITY CORP | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |

```
VERIZON WIRELESS            UNSECURED       NOT FILED              .00          .00
VICTORY MEMORIAL HOSPITA    UNSECURED       NOT FILED              .00          .00
VILLA MICHAEL               UNSECURED       NOT FILED              .00          .00
TIMBER HILL INVESTMENTS     UNSECURED       NOT FILED              .00          .00
ZIP CASH LLC                UNSECURED       NOT FILED              .00          .00
```

Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL

TOTAL CLMS ALLOWED  33494.40         .00          .00          .00     33494.40
PRINCIPAL PAID       1676.25         .00          .00          .00      1676.25
INTEREST PAID        1470.11         .00          .00          .00      1470.11
TOTAL PAID           3146.36         .00          .00          .00      3146.36
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC     , was allowed $   3500.00
and was paid $    349.00  direct and $   3151.00  through the plan.

The Trustee received $    376.64 .

Refunds to the Debtor totaled $   1046.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 08 B 04461 OTIS M WILSON JR